**Virgil P. Mays, Defendant in Error, v. United States Express Company, Plaintiff in Error.**

**Gen. No. 14,226.**

This case is controlled by the decision in Cutter v. Wells Fargo & Co., 237 Ill. 247.

Tort. Error to the Municipal Court of Chicago; the Hon. WILLIAM N. COTTRELL, Judge, presiding. Heard in the Branch Appellate

Court at the March term, 1908. Affirmed. Opinion filed January 26, 1909.

Winston, Payne, Strawn & Shaw and Winston, Lowy & McGinn, for plaintiff in error.

W. W. Gurley and Arthur Dyrenforth, for defendant in error.

Mr. Justice Baker delivered the opinion of the court.

The question presented in this case was decided adversely to the contention of plaintiff in error in Cutter v. Wells Fargo & Co., 237 Ill., 247. On the authority of that case the judgment in this case will be affirmed.

*Affirmed.*